FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Cause No. DA 24-0422

_____

STEVEN CORRY STEPHENSON;

      Plaintiff/Appellant,

v.

LONE PEAK PRESERVE, LLC,

      Defendant/Appellee.

_____

## ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF

_____

On Appeal from the Montana Eighteenth Judicial Court, Gallatin County,
Cause No.: DV-21-1297C
Honorable John C. Brown

_____

*Attorneys for Plaintiff/Appellant*

Michael Rabb
The Rabb Law Firm, PLLC
3950 Valley Commons Drive, Suite 1
Bozeman, MT 59718
Telephone: (406) 404-1747
mrabb@therabblawfirm.com

*Attorneys for Defendant/Appellee*

Kelsey Bunkers
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
kbunkers@crowleyfleck.com

Pursuant to M. R. App. P. 26(1), and for good cause appearing, Appellee's Unopposed Motion for Extension of Time to File Answer Brief is GRANTED. Appellee has an extension up to and including January 2, 2025, to file and serve its answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 25 2024